IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN HOUSTON,

    Plaintiff,                   No. 2: 11-cv-2897 KJM JFM P

    vs.

A. TORRES,

    Defendant.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff's first amended complaint asserted claims that defendant violated his Constitutional rights by failing to comply with state law as well as violating his due process and equal protection rights. On November 2, 2012, the undersigned recommended that defendant's motion to dismiss be granted without leave to amend. (See Dkt. No. 23.)

        On February 11, 2013, the district court adopted the November 2, 2012 findings and recommendations in part. The court granted defendant's motion to dismiss as to plaintiff's due process and state law claims without leave to amend. However, the court dismissed plaintiff's equal protection claim with leave to amend and referred the matter back to the undersigned. (See Dkt. No. 25.) Thus, plaintiff shall be given time to file a second amended complaint which raises equal protection claim pursuant to the court's February 11, 2013 order.

1

Accordingly, IT IS HEREBY ORDERED that within thirty (30) days from the date of this order, plaintiff shall complete the attached Notice of Amendment and submit the following documents to the court:

    a. The completed Notice of Amendment; and

    b. An original and one copy of the second amended complaint.

Plaintiff's second amended complaint shall comply with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the second amended complaint must bear the docket number assigned this case and must be labeled "Second Amended Complaint"; failure to file a second amended complaint in accordance with this order may result in the dismissal of this action.

DATED: February 20, 2013.

                              UNITED STATES MAGISTRATE JUDGE

14
hous2897.amcmpt

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN HOUSTON,

      Plaintiff,                           No. 2: 11-cv-2897 KJM JFM P

    vs.

A. TORRES,                               NOTICE OF AMENDMENT

      Defendant.

_____/

      Plaintiff hereby submits the following document in compliance with the court's order filed _____:

      _____      Second Amended Complaint

DATED:

                                                                Plaintiff