1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KELVIN HOUSTON,                          No.  2:11-cv-02897 KJM CKD (PC)

12                    Plaintiff,

13          v.                                 ORDER

14    A. TORRES,

15                    Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19    by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On October 10, 2013, the magistrate judge filed findings and recommendations, which

21    were served on both parties and which contained notice to both parties that any objections to the

22    findings and recommendations were to be filed within fourteen days.  Neither party has filed

23    objections to the findings and recommendations.

24          The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25    F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

26    *See Britt v. Simi Valley Unified School Dist.,* 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully

27    reviewed the file, the court finds the findings and recommendations to be supported by the record

28    and by the proper analysis.

1

1     Accordingly, IT IS HEREBY ORDERED that:

2         1.  The findings and recommendations filed October 10, 2013 (ECF No. 39), are adopted

3  in full;

4         2.  Defendant's March 18, 2013 motion to revoke plaintiff's in forma pauperis status (ECF

5  No. 30) is granted; and

6         3.  Plaintiff is granted twenty-one days from the date of this order to submit the

7  appropriate filing fee.

8  DATED:  December 24, 2013.

9

10  _____

11  UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28